## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Irma Espino

                         Plaintiff,

v.                                            Case No.: 1:15−cv−03385
                                                         Honorable Susan E. Cox

Dokil Bakery, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 6, 2015:

        MINUTE entry before the Honorable Susan E. Cox: Pursuant to the settlement agreement, this case is dismissed without prejudice to convert to with prejudice on 8/1/2017. Civil case terminated. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.